EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Post Office Box 29001
Glendale, California 91209-9001
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
SHOES WEST, INC.

FILED
2012 JAN 20 AM 11:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOES WEST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPRING FOOTWEAR CORP., <br><br> Defendant. | Case No. CV 12 0552-CAS (AGRx) <br><br> **COMPLAINT FOR:** <br><br> 1. **TRADE DRESS INFRINGEMENT; and** <br> 2. **COMMON LAW UNFAIR COMPETITION** |

Plaintiff, Shoes West, Inc., alleges:

I.  **JURISDICTION**

1.  This is an action for trade dress infringement pursuant to 15 U.S.C. § 1125(a) and for common law unfair competition. This Court has jurisdiction as to Plaintiff's trade dress infringement claim under 28 U.S.C. § § 1338(a) and (b). This Court has supplemental jurisdiction over Plaintiff's state law claim under 28 U.S.C. § 1267(a).

2.  Venue is proper under 28 U.S.C. § 1391(b) in that Defendant resides in this judicial district.

II. **THE PARTIES**

3.  Plaintiff Shoes West, Inc. is a corporation organized and existing under the laws of the State of California and having a usual place of business in

-1-

Torrance, California.

4. On information and belief, Defendant Spring Footwear Corp. is a Florida corporation having a principal place of business at 750 N.W. 33rd Street, Suite D, Pompano Beach, Florida, 33064 which sells footwear throughout the United States including within this judicial district.

### III. FACTUAL BACKGROUND

5. Plaintiff uses the trademark TAOS in connection with footwear, which footwear is sold nationwide including in California and in this judicial district.

6. In November 2009, Plaintiff introduced a sandal having a novel and unique design, which sandal was designated by the trademark "PRIZE." Plaintiff's PRIZE sandal has had an outstanding commercial success resulting in the design of the sandal acting as a designation of source. As a result, the design of the PRIZE sandal has acquired a goodwill which inures to Plaintiff's benefit. A printout of promotional material showing Plaintiff's PRIZE sandal is attached hereto as Exhibit A.

7. Notwithstanding and on information and belief, with full knowledge of Plaintiff's rights in its PRIZE sandal, Defendant has offered for sale and/or sold sandals which are a colorful imitation of Plaintiff's PRIZE sandal. A printout of promotional material showing Defendant's sandal is attached hereto as Exhibit B.

8. Defendant's offer for sale and/or sale of sandals which embody Plaintiff's original and distinctive sandal design has been and is without the consent or authorization of Plaintiff.

### FIRST CLAIM FOR RELIEF
### (Trade Dress Infringement)

9. Plaintiff repeats and alleges the allegations in contained in paragraphs 1 through 8 hereinabove.

10. As a result of the promotion and extensive sales of Plaintiff's PRIZE sandals, the trade and consuming public have come to recognize the trade dress of the sandals as designating a single source of origin.

11. Defendant's offer for sale and/or sale of a sandal which is a copy of Plaintiff's PRIZE sandal design is likely to cause confusion that Defendant's sandals are made by, sponsored by, or affiliated with Plaintiff.

12. On information and belief, Defendant had knowledge of the sales success of Plaintiff's PRIZE sandal and with complete disregard of Plaintiff's rights in the sandal's trade dress, has copied Plaintiff's trade dress and promoted and sold sandals bearing a colorable imitation of Plaintiff's trade dress in a manner unfairly competing with Plaintiff.

13. The above-described acts of Defendant constitute trade dress infringement in violation of 15 U.S.C. § 1125(a).

14. Plaintiff is being damaged and is likely to be damaged in the future by Defendant's acts by reason of the likelihood that purchasers will be confused as to the source, sponsorship, or affiliation of Defendant's goods.

15. Defendant has unfairly profited from the actions alleged herein and will continue to be unjustly enriched until such conduct is enjoined.

16. By reason of Defendant's acts alleged herein, Plaintiff will suffer damage to its business reputation and goodwill and the loss of sales and profits Plaintiff would have made but for Defendant's acts.

17. By reason of Defendant's acts alleged herein, Plaintiff has suffered and will continue to suffer irreparable harm unless and until Defendant's conduct is enjoined.

18. Defendant's acts alleged herein were willful and taken in conscious disregard of Plaintiff's rights.

## SECOND CLAIM FOR RELIEF

(For Common Law Trademark Infringement)

19. Plaintiff repeats and realleges paragraphs 1 through 18 hereinabove.

20. The above-described conduct of Defendant constitutes unfair competition under the law of the State of California.

21. As a result of such actions, Plaintiff has been damaged in an amount to be proven at trial.

22. By reason of such actions herein alleged, Plaintiff has suffered and will continue to suffer, irreparable harm unless and until Defendant's actions are enjoined.

23. Because Defendant's oppressive and vexatious conduct has been intentional and willful, and in conscious disregard of Plaintiff's rights, Plaintiff is entitled to punitive damages against Defendant.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. That this Court adjudge and declare:

   a. That it has jurisdiction of the parties and of the subject matter of this action;

   b. That the trade dress of Plaintiff's PRIZE sandal is protectable and inures to Plaintiff's benefit;

   c. That Defendant has committed acts of trade dress infringement by its offer for sale and/or sale of sandals having a design that is a colorable imitation of the design of Plaintiff's PRIZE sandal and that the infringement was willful; and

   d. That Defendant has committed acts of unfair competition by its acts of willful trade dress infringement.

2. That Defendant be required by mandatory injunction to deliver up to

CHRISTIE, PARKER & HALE, LLP

Plaintiff for destruction any and all sandals in Defendant's possession, custody, or control embodying the design of Plaintiff's PRIZE sandal as well as any promotional literature and packaging which display an infringing sandal.

3. That Plaintiff receive judgment for all damages that it has suffered as a result of Defendant's conduct complained of in this case;

4. That Plaintiff be awarded Defendant's profits resulting from its infringement of Plaintiff's trademark rights;

5. That damages resulting from Defendant's willful infringement be trebled in accordance with the provisions of 15 U.S.C. § 1117;

6. That Plaintiff be awarded punitive damages under the common law of California;

7. That Plaintiff be awarded its attorney's fees, expenses and costs incurred in connection with this case; and

8. That Plaintiff be awarded such other relief as may be appropriate.

DATED: January 19, 2012

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By _____
Edward R. Schwartz

Attorneys for Plaintiff,
SHOES WEST, INC.

SES PAS1156094.1-*-01/19/12 11:05 AM

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

Home

Inside Taos

Adventure

Get in Touch

Dealers Only

Footwear

   Spring 2011

   Fall 2011

   Find a Dealer



Available Colors:      

Like 2

## PRIZE

It's not wrong to be this beautiful. Especially if you're beautiful inside too. Like a footbed that hugs the contours of your feet, perfect cushioning, and adjustable straps for a custom-feeling fit. We like to think of these sandals as the ultimate Prize.

- Full grain burnished leather or rich embossed kid leather or pearlized metallic leather (depending on color) that will take your breath away
- Triple Hook and Loop straps to help hug your feet and feel like they were crafted just for you
- Signature Taos hardware/jewel embellishments for even more eye-popping appeal
- Microfiber linings for a soft, and long-lasting comfort
- Anatomical molded footbed with metatarsal support, wrapped in microfiber for a lasting comfort and great feel
- Aegis microbe shield® for lasting protection against odor, staining and deterioration of footbed
- Rubber outsole that is flexible, durable and ready to take on the challenges of a busy day

**BLOG:** September

© Copyright Taos Footwear, 2011. All rights reserved.



EXHIBIT A
PAGE 6

http://taosfootwear.com/shoes/spring/prize/     12/20/2011

# EXHIBIT B



**SPRING FOOTWEAR corp.**
House of European Comfort

Home | Collections | Store Locator | Online Retailers | About Us | Contact Us | Log-In

800-962-0030

**Search by Style Name:**

GO

**Spring | Summer Collection**

- LITE
- GLOBAL TRAVELER
- PICANTE
- TRAVELER
- WEEKEND
- PREMIUM
- ULTIMATE
- SOFT
- FLEX
- STRETCHABLES
- WALK 'N ROLL

**Product : Spring Step : Spring | Summer Collection : FLEX**

**Style Name: DISTINCTIVE-B**

**Size: 36-42 O/S**

**Suggested Retail: $69.99**

Spring Step Distinctive - This fantastic 3 band sandal features three distinctive medallions and an adjustable top strap. The leather foot bed will support your foot and the rubber outsole is flexible and durable. This sandal will cradle your foot in comfort. 1" heel height.

Colors:

BLK

**Customer Login:**

username

password

◉ Showcase
○ My Account

Log-In



EXHIBIT B
PAGE 6

http://springfootwear.com/showcase/ProductDetail.asp?div=A-SS&dpt=SUMMER&ctg=...   1/19/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV12- 552 CAS (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| SHOES WEST INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. CV 12 0552-CAS (AGRx) | |
| SPRING FOOTWEAR CORP. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SPRING FOOTWEAR CORP.
750 N.W. 33rd Street, Suite D
Pompano Beach, Florida  33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward R. Schwartz, Esq.
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300
P.O. Box 29001
Glendale, California 91209-9001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 20 2012

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

SHOES WEST, INC.

**DEFENDANTS**

SPRING FOOTWEAR CORP.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Edward R. Schwartz, CA Bar No. 147553, ers@cph.com
Christie, Parker & Hale, LLP, 655 North Central Avenue, Suite 2300,
P.O. Box 29001, Glendale, CA 91209-9001; (T)626-795-9900; (F)626-577-8800

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1125(a); Trade dress infringement and for common law unfair competition.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV 12 0552

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 19, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |